IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. **04-20103-D** |
|  | ) 04-20150-D ✓ |
| SCOTT CRAWFORD, | ) |
| Defendant. | ) |

## ORDER

Upon motion of the United States, the sentencing hearing in the above-referenced case is continued until August 19, 2005. at 1:30 PM

IT IS SO ORDERED this __17__ day of May, 2005.

BERNICE B. DONALD
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-20-05

79

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:04-CR-20150 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Honorable Bernice Donald
US DISTRICT COURT